# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| KEVIN LAMAR NESMITH and<br>MARIA DIXON NESMITH,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL CARTRIDGE COMPANY<br>aka FEDERAL PREMIUM AMMUNITION<br>d/b/a VISTA OUTDOOR,<br><br>    Defendants, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action Number<br><br>18-cv-00122-MTT |

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

COME NOW Plaintiffs, Kevin Lamar Nesmith and Maria Dixon Nesmith, ("Plaintiffs") submits these initial disclosures pursuant to Federal Rule of Civil Procedure Rule 26(a)(1). Plaintiff expressly reserves the right to rely upon additional witnesses, documents, and/or information as the case progresses and further investigation and discovery reveal additional issues and information

**A.    FRCP Rule 26(a)(1)(A)(i): Individuals Likely To Have Discoverable Information:**

Plaintiffs identify the following individuals who may have discoverable information that may be used to support Plaintiffs' individual claims, unless the use would be solely for impeachment, based on information reasonably available to Plaintiffs at this time.

- Plaintiffs, Kevin Lamar Nesmith and Maria Dixon Nesmith
  c/o David Ricks, Esq.
  Counsel for Plaintiffs
  Nelson & Smith, PC
  688 Walnut Street
  Suite 103
  Macon, Georgia 31201
  P: 478.746.1468
  F: 478.746.1969

- Matthew Myers (Plaintiffs son-in-law)
  248 StoneBrook Way
  Statesboro, Georgia 310458

- Martin A. Baggett MD (Plaintiff's treating physician)
  42 Truman Road
  Hawkinsville, Georgia 31036

Plaintiffs show the Court they cannot provide addresses and phone numbers for most of the witnesses of the person or persons employed by Defendant However shall seasonably supplement any information as required by law as the discovery process progresses.

In furtherance of the above statement Plaintiffs provide the following persons by and through the Defendant that have relevant information:

- Kurt Eskuchen
  Products Safety Representative of Vista Outdoors
  c/o Lindsay G. Ferguson, Esq.
  Counsel for Defendant
  Weinberg, Wheeler, Hudgins, Gunn, & Dial
  3344 Peachtree Road, NE
  Suite 2400
  Atlanta, Georgia 30326

- FCC Witness(es) involved in the inspection, design, and manufacture of the subject ammunition identified via Rule 30(b)(6).
  c/o Lindsay G. Ferguson, Esq.
  Counsel for Defendant
  Weinberg, Wheeler, Hudgins, Gunn, & Dial
  3344 Peachtree Road, NE
  Suite 2400
  Atlanta, Georgia 30326

Plaintiffs are continuing their investigation to identify this information.

### B.  FRCP Rule 26(a)(1)(A)(ii): Documents and Electronically Stored Information

Plaintiffs identify the following or a description by category and location of all documents, electronically stored information, and tangible things that they have in their possession, custody, or control and my use to support her claims, unless the use would be solely for impeachment.

- Medical Records and Bills from the following providers:
  Taylor Regional Hospital
  Golden Isles ER Physicians
  Orthopedic Associates
  Taylor Regional Wellness
  Anesthesia Adjunct Services
  Radiology Associates

- Emails and Correspondence Concerning the Subject Ammunition:
  FCC and Kurt Eskuchen

- Reports and other Documents from test performed on the subject ammunition by Defendant prior to litigation:
  FCC employees, and Kurt Eskuchen

- The remanence or remains of the subject ammunition:
  David Ricks, Esq. Counsel for Plaintiffs

C.     **FRCP Rule 26(a)(1)(A)(iii): Damages.**

Computation of each category of damages claimed by the Plaintiff -who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

- Plaintiffs are making a claim for damages related to injure suffered as a result of defective ammunition as well as failure to warn. The basis of their damages claims are medical bills and expense from those providers listed in section "B" *supra*.

- To date Plaintiffs have incurred $12,797.25 in special damages.

- As of the date of this filing, Plaintiff continues to require medical treatment for his injury, and it is expected that he shall continue to require treatment into the indeterminate future. As such, Plaintiff make a claim for future damage in an amount to be determined by the enlighten conscience of the jury.

- As a direct and proximate result of the injury incurred by Plaintiff, he was forced to miss days from his employment for which he has a claim for lost wages. Just as with his treatment is still continuing this amount shall be resolved at trial in an amount proven using his rate of pay multiplied by the loss time at work.

- Due to the nature of the injury sustained Plaintiff has been forced to endure pain and suffer hardship both mentally, morally, and physically, for which he has a claim for compensation in the form of general monetary damages. This amount is to be determined at trail and set by and through the enlighten conscience of the jury based upon the nature of the pain and hardship he was required to endure.
- As a result of the injury, both Plaintiffs have a claim for loss of consortium. As a direct and proximate result of this injury, Plaintiff, Maria, has been forced to endure the loss of use, companionship, as well as interference with the marital relationship with her husband she had prior to this incident occurring. Plaintiff, Kevin, has been forced to rely heavily upon his spouse, Maria Nesmith, and other members of his family as well as others in the public for assistance in his daily life, causing him to suffer strain on his marital and familial relations. The Plaintiff will seek from this court damages based upon loss of consortium in the form of monetary damages, to be determined at trial in an amount to be set by the enlighten conscience of the jury.
- As a result of the process having taken place as well as action on the part of the Defendant; Plaintiffs, have a claim for interest on any amounts award as allowed under O.C.G.A. § 51-12-14.

- As a result of the process having occurred and action on the part of the Defendant causing Plaintiffs to have to file this action. Plaintiffs believe Defendants have been stubborn and litigious causing undue hardship. As such Plaintiffs have a claim for attorney's fees and expenses of litigation in an amount to be determined at trial pursuant to O.C.G.A. §9-15-14, O.C.G.A. §13-

D.    **FRCP Rule 26(a)(1)(A)(iv).**

To the extent that there are disclosures required under Rule 26, Plaintiffs state that such information will be held by FCC and that any such information will be provided by and through FCC counsel of record.

This 8th day of June, 2018.

                                        Respectfully submitted,

                                        /s/ David B. Ricks_____
                                        David B. Ricks, Esq.
                                        Georgia Bar No. 167205
                                        Nelson and Smith, PC.
                                        688 Walnut Street
                                        Suite 103
                                        Macon, Georgia 31201
                                        478.746.1469
                                        dricks@nelsonsmith.com
                                        Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| KEVIN LAMAR NESMITH and<br>MARIA DIXON NESMITH, | §<br>§<br>§ | |
| Plaintiffs, | § | Civil Action Number |
| | § | |
| vs. | § | 18-cv-00122-MTT |
| | § | |
| FEDERAL CARTRIDGE COMPANY<br>aka FEDERAL PREMIUM AMMUNITION<br>d/b/a VISTA OUTDOOR, | §<br>§<br>§<br>§ | |
| Defendants, | § | |

## CERTIFICATE OF SERVICE OF DISCOVERY:
## PLAINTIFF'S INITIAL DISCLOSURES

This is to certify that I have this day electronically filed **CERTIFICATE OF DISCOVERY: PLAINTIFF'S INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record, as well as a hard copy of the disclosures via U.S. Mail and produced documents via email to:

Lindsay G. Ferguson, Esq.
Counsel for Defendant
Weinberg, Wheeler, Hudgins, Gunn, & Dial
3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Email: LGatling@wwhgd.com

This   18th   day of April, 2017.

/s/ David B. Ricks

**Nelson and Smith, PC**
688 Walnut St. Ste. 103
Macon, Georgia 31201
478.746.1468
dricks@nelsonsmith.com

David B. Ricks, Esq.
Georgia Bar No. 167205
Attorney for Plaintiffs